IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| VINCENT GARRETT PROVINES | § |
| | § |
| VS. | § CIVIL CASE NO. 4:21-CV-372 |
| | § |
| UNITED STATES OF AMERICA | § |

**ORDER OF DISMISSAL**

This case was referred to United States Magistrate Judge Aileen G. Durrett, who issued a Report and Recommendation concluding that Movant's motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255 should be denied on the merits. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed,[1] the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that Movant's motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255 is **DENIED** and the case is **DISMISSED** with prejudice. All motions by either party not previously ruled on are hereby **DENIED**. A certificate of appealability is **DENIED**.

**So ORDERED and SIGNED this 26th day of August, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

---

[1] On August 20, 2024, a copy of the Report and Recommendation (Dkt. #28) was returned as undeliverable and marked, "Return to Sender-Vacant - Unable to Forward." (Dkt. #29). Movant has not updated his address with the Court.